**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division**

Public Building Commission of Chicago, et al.
                                            Plaintiff,

v.                                             Case No.: 1:09–cv–00666
                                           Honorable Robert M. Dow Jr.

Travelers Casualty and Surety Company of America
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 31, 2009:

      MINUTE entry before the Honorable Robert M. Dow, Jr: PLAINTIFFS UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE [32] until 12/10/09 is granted as to the following: Plaintiff's responses to any pending discovery requests to 12/10/09; Close of written discovery extended to 12/30/09; close of all discovery extended to 1/29/10. Status hearing date of 9/1/09 is stricken and status hearing reset for 12/15/2009 at 09:00 AM. Notice of Motion date of 9/2/09 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.